IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


CRIMINAL NO. 08-50026-007          USA v. JOSE BARRAGAN

COURT PERSONNEL:                   APPEARANCES:

Judge: JIMM LARRY HENDREN          Govt. KENNY ELSER

Clerk: GAIL GARNER                 Deft. KRISTIN PAWLIK

Reporter: THERESA SAWYER

## SENTENCING MINUTE SHEET

   On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Government moves for downward departure pursuant to 5K1.1 - 2 level departure awarded by the court.
- (X) Court expresses final approval of plea agreement.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    30 months imprisonment; 3 years supervised release; $5,000.00 fine - interest waived

Criminal No. 08-50026-007

    (X)    Defendant ordered to comply with standard conditions of supervised release.
    (X)    Defendant ordered to comply with following special conditions of supervised release:

           Submit to inpatient/outpatient drug testing/treatment at direction of USPO.

           Submit to search of person, residence, vehicle, and place of employment at request of USPO.

    (X)    Defendant denied federal benefits for 5 years.
    (X)    Defendant ordered to pay total special assessment of $100.00, for count 5, which shall be due immediately.
    (X)    On motion of government counts 1, 3 & 4 of indictment are dismissed.
    (X)    Defendant advised of right to appeal sentence imposed.
    (X)    Defendant advised of right to apply for leave to appeal in forma pauperis.
    (X)    Appeal packet provided.
    (X)    Defendant remanded to custody of U.S. Marshal.

DATE: JANUARY 23, 2009        Proceeding began: 3:40 PM

                                                  ended: 4:16 PM